UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONALD LEO, ET AL.** | CIVIL ACTION |
| **VERSUS** | |
| **JELD-WEN, INC.** | NO.: 16-00605-BAJ-EWD |

## ORDER

Before the Court is Plaintiffs' **Motion for Review (Doc. 99)**. Plaintiffs request that the Court review the Clerk of Court's denial of their unopposed Bill of Costs and order the Clerk to tax the costs listed, or in the alternative, allow them to file an amended bill of costs. Plaintiffs filed their Bill of Costs (Doc. 80) on December 6, 2018. The Clerk of Court, in its order on the Taxation of Costs (Doc. 95), denied Plaintiffs' Bill of Costs because it did not comply with Local Rule 54(c).

Local Rule 54(c) provides that "within 30 days after receiving notice of entry of judgment, unless otherwise ordered by the Court, the party in whose favor judgment is rendered and who claims and is allowed costs, shall serve on the attorney for the adverse party and file with the Clerk of Court a notice of application to have the costs taxed, together with a memorandum signed by the attorney of record stating that the items are correct and that the costs have been necessarily incurred." The Clerk of Court denied the taxation of costs because Plaintiffs failed to provide a signed memorandum stating that the costs are correct and properly incurred that is signed

1

by the attorney of record as required by Rule 54(c), as well as 28 U.S.C. § 1924.[1] A signature in the declaration section of the Bill of Costs form does not suffice. Plaintiffs must amend their Bill of Costs to include the required memorandum. Further, Plaintiffs did not attach copies of receipts detailing each cost that was incurred. The sum of the receipts must match the total amount of fees claimed on Plaintiffs' Bill of Costs form.

Accordingly,

**IT IS ORDERED** that Plaintiffs' **Motion for Review (Doc. 99)** is **DENIED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that Plaintiffs amend their Bill of Costs with a separate memorandum or affidavit in compliance with the local and federal rules and provide receipts of the costs within 14 days of this Order.

Baton Rouge, Louisiana, this 18th day of February, 2020.

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] 28 U.S.C. § 1924 requires the party claiming any item of cost to attach an affidavit stating that the item is correct and has been necessarily incurred in the case, and that the services for which fees have been charged were actually and necessarily performed.